# KENNETH A. PAUL
### ATTORNEY AT LAW

140 BROADWAY - SUITE 4610
NEW YORK, N.Y. 10005
TELEPHONE: (212) 587-8000
FAX: (212) 858-7750

kpaul@kennethpaulesq.com

December 24, 2019

**Via ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

Re:   United States v. Toshnelle Foster
      18 Cr. 41 (DLC)

Dear Judge Cote:

     I represent Mr. Toshnelle Foster in the above-referenced matter. Mr. Foster is scheduled to be sentenced on January 10, 2020. I write the Court to request a short adjournment of Mr. Foster's sentencing date.

     As the Court is aware from previous applications, I have been out of my office due to medical issues and I am presently out of town recuperating with my family through the holidays. Mr. Foster has recently emailed me and communicated through his family that it is very important that I visit with him to discuss several issues concerning his sentencing that need to be resolved beforehand. Since I will not be able to visit with him until I return to work after January 1st, I am requesting a short adjournment to review any outstanding issues with Mr. Foster.

     Consequently, I am respectfully requesting that the sentencing date be adjourned to any date or time on January 27th, 28th, 29th, or February 4th through the 7th. I have spoken with AUSA Christopher Clore who consents to this application.

     Thank you for your consideration.

*Denied.*
*/s/ Denise Cote*
*12/30/19*

Respectfully,

Kenneth A. Paul

CC:  AUSA Christopher Clore   (Via ECF)