# KENNETH A. PAUL
ATTORNEY AT LAW

140 BROADWAY - SUITE 4610
NEW YORK, N.Y. 10005
TELEPHONE: (212) 587-8000
FAX: (212) 858-7750

kpaul@kennethpaulesq.com

MEMO ENDORSED

December 31, 2019

**Via ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

Re:   United States v. Toshnelle Foster
      18 Cr. 41 (DLC)

Dear Judge Cote:

I represent Mr. Toshnelle Foster in the above-referenced matter. Mr. Foster is scheduled to be sentenced on January 10, 2020. I write the Court to request an extension of time to file my sentencing submission on behalf of my client.

On December 24, 2019, I submitted a request to the Court for a short adjournment of Mr. Foster's sentencing date due to his insisting on discussing with me several issues he wanted resolved before my submission and his sentencing date. Since I was out of town during the holidays, I was unable to visit with him and consequently requested an adjournment. On December 30, 2019, the Court denied this request.

I am respectfully requesting an extension of time and permission to file my sentencing submission by this Thursday, January 2, 2010. Such an extension would allow me the opportunity to visit with my client and it would not require any change in the Court's present scheduling since the government has already submitted their sentencing submission.

Thank you for your consideration.

Granted.
/s/ Denise Cote
1/2/20

Respectfully,

Kenneth A. Paul

Cc:   AUSA Christopher J. Clore